IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BREANN OVERFIELD            )
               Plaintiff,   )
    vs.                                   )   Case No.: 2:19-CV-02014
STARBUCKS CORPORATION       )
              Defendant.   )

### **AFFIDAVIT OF AARON C. MCKEE**

STATE OF KANSAS      )
                      ) ss:
COUNTY OF JOHNSON    )

Aaron C. McKee, being of lawful age and first duly sworn, states:

1. On or about November 19, 2019, my firm, Aaron C. McKee and McKee Law, L.L.C., filed a Motion for Leave to Withdraw as Counsel for Plaintiff Breann Overfield.

2. On or about November 19, 2019, at 4:00 p.m., McKee Law, L.L.C. sent a copy of the Motion for Leave to Withdraw as Counsel to Ms. Overfield via Certified Mail, with tracking number 70160750000070972083.

3. On November 19, 2019 at 4:00 pm, McKee Law, L.L.C. sent an electronic mail message to Ms. Overfield attaching the Motion to Withdraw.

4. On or about November 21, 2019, the United States Postal Service ("USPS") attempted service on Ms. Overfield. However, she was unavailable for signature.

5. On or about November 25, 2019, Defendant Starbucks Corporation filed a Motion and Memorandum in Support of Motion to Enforce Settlement Agreement.

6. On or about November 26, 2019, I forwarded Defendant's Motion and Memorandum in Support of Motion to Enforce Settlement Agreement to Ms. Overfield.

7. On or about November 26, 2019, the USPS sent a notice to Ms. Overfield requesting that she pick up the certified letter.

8. On or about December 5, 2019, Magistrate Judge James's clerk, Michele K. Nelson, sent an email requesting that the Certified Mail receipt be filed in accordance with D. Kan. Rule 83.5.5(a).

9. That same day, I sent an email informing the Court that Ms. Overfield had not yet picked up and/or signed for the certified letter.

10. On or about December 6, 2019, the USPS marked the certified letter to "Return to Sender".

11. On or about December 7, 2019, the certified letter was returned to McKee Law, L.L.C. as unclaimed and unable to forward.

12. On or about December 9, 2019, the Court entered a Text Order stating that if McKee Law, L.L.C. could not file a certified mail receipt by December 16, 2019, then an affidavit verifying the efforts to serve Plaintiff with the Motion to Withdraw would be required.

13. On or about December 12, 2019, McKee Law, L.L.C. sent a second copy of the Motion for Leave to Withdraw as Counsel via Certified Mail to Ms. Overfield, with tracking number 70160750000070972182.

14. On or about December 12, 2019, I forwarded the Court's Order to Ms. Overfield by electronic mail along with a second copy of the Motion for Leave to Withdraw as Counsel to Plaintiff Overfield and requested that she sign for the Certified letter.

15. On or about December 16, 2019, the USPS attempted service on Ms. Overfield. However, she was again unavailable for signature. A notice to pick up the letter was left at Ms. Overfield's residence.

16. On or about December 16, 2019, McKee Law, L.L.C. was closed due to the weather.

17. According to the USPS website, if the Certified letter is still unclaimed by December 31, 2019, then it will be marked as Return to Sender.

18. McKee Law, L.L.C. has attempted to serve Plaintiff Overfield with its Motion for Leave to Withdraw as Counsel. However, we have been unsuccessful seek any relief the Court may deem appropriate.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

FURTHER AFFIANT SAYETH NAUGHT

_____
AARON C. MCKEE

Subscribed and sworn to before me this 17th day of December, 2019.

My appointment expires:

8/9/2023

_____
Notary Public

NOTARY PUBLIC - State of Kansas
BROOKE S. CRITES
My Appt. Expires 8/7/2023

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served and transmitted on

December 17, 2019, to the following:

**Matthew P. Lane and Jeannie M. DeVeney, Littler Mendelson, P.C., 1201 Walnut, Suite 1450, Kansas City, Missouri 64106, mlane@littler.com, jdeveney@littler.com, Attorneys for Defendant**

☐ US mail        ☒ Electronic Mail        ☒ CM/ECF        ☐ Facsimile

**Breann Overfield, 31121 Madison Street, Gardner, Kansas 66030, 925-339-4493, bkoverfield@yahoo.com, Plaintiff**

☐ US mail        ☒ Electronic Mail        ☐ CM/ECF        ☐ Facsimile

/s/ Aaron C. McKee _____