# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BREANN K. OVERFIELD,

    Plaintiff,

v.                                    Case No. 2:19-cv-02014-JWB-TJJ

STARBUCKS CORPORATION,

    Defendant.

## ORDER

Having considered Defendant's Motion to Dismiss with Prejudice (Doc. 43), and for good cause shown, the Court finds that said Motion should be, and hereby is, GRANTED. IT IS THEREFORE ORDERED this 19th day of August, 2020, that the above-captioned case is DISMISSED WITH PREJUDICE.

                                                s/ John W. Broomes  
                                                JOHN W. BROOMES  
                                                UNITED STATES DISTRICT JUDGE